# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

JOYCE NUNEZ,

      Plaintiff,

v.                                                     Case No:  5:12-cv-626-Oc-22PRL

DIVERSIFIED COLLECTION SERVICES,
INC., JOHN 1-10 DOES, JANE 1-10 DOES,

      Defendants.

---

### ORDER OF DISMISSAL

The Court has been advised by the Mediator that the above-styled action has been completely settled (Doc. No. 22).  Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final order or judgment.  All pending motions are **DENIED** as moot.  The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on August 22, 2013.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:
Counsel of Record